Case 1:21-cr-20374-RKA Document 3 Entered on FLSD Docket 07/09/2021 Page 1 of 6

FILED by __KS__ D.C.

Jul 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20374-CR-ALTMAN/REID

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1), (b)(1)(B)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOAN MANUEL ESTADELLA,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of a Firearm and Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1))**

From on or about November 28, 2020, through on or about December 1, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOAN MANUEL ESTADELLA,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

It is further alleged that said firearm and ammunition were:

(a)     One (1) Taurus (Model PT111 G2A) 9mm caliber semi-automatic handgun, serial number TLZ57339; and

(b)     Five (5) rounds of Ammo Incorporated 9mm caliber ammunition, three (3) rounds of Remington 9mm caliber ammunition, one (1) round of Tulammo 9mm caliber ammunition, and two (2) rounds of Federal Cartridge 9mm caliber ammunition.

## COUNT 2
## Possession of a Firearm and Ammunition by a Convicted Felon
## (18 U.S.C. § 922(g)(1))

From on or about November 30, 2020, through on or about December 1, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOAN MANUEL ESTADELLA,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

It is further alleged that said firearm and ammunition are:

(a) One (1) Springfield Armory (Model 911) .380 caliber semi-automatic handgun, serial number CC121963; and

(b) Five (5) rounds of Sig Sauer .380 caliber ammunition.

## COUNT 3
## Possession of a Controlled Substance With Intent to Distribute
## (21 U.S.C. § 841(a)(1))

From on or about November 30, 2020, through on or about December 1, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOAN MANUEL ESTADELLA,**

knowingly and intentionally possessed with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved a mixture and substance containing 5 grams or more of methamphetamine, a Schedule II substance.

## COUNT 4
### Possession of a Firearm in Furtherance of a Drug-Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

From on or about November 30, 2020, through on or about December 1, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOAN MANUEL ESTADELLA,**

knowingly possessed a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOAN MANUEL ESTADELLA,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 922(g) or 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
(signed: Edward N. Stamm, SLC)

_____
EDUARDO GARDEA, JR.
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOAN MANUEL ESTADELLA,

_____ Defendant/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      [✓]
   - II   6 to 10 days     [ ]
   - III  11 to 20 days    [ ]
   - IV   21 to 60 days    [ ]
   - V    61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
EDUARDO GARDEA, JR.
Assistant United States Attorney
Court ID No.   A5502663

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOAN MANUEL ESTADELLA

**Case No:** _____

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 3

Possession of a Controlled Substance with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 40 Years' Imprisonment

Count #: 4

Possession of a Firearm in Furtherance of a Drug-Trafficking Crime

Title 18, United States Code, Section 924(c)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**